UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEREK RODRIGUEZ,

                                Plaintiff,

    -against-

VILLAGE OF PORT CHESTER, POLICE OFFICER
KEN MANNING, Shield No. 126,
POLICE OFFICERS JOHN DOE #1-5 and
POLICE OFFICERS JANE DOE #1-3,

                                Defendants.
------------------------------------------------------------------X

**STIPULATION AND ORDER**

**Docket No.: 19 Civ. 4728 (VB)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties by their respective attorneys, that with regard to Plaintiff's Complaint, dated May 8, 2019: Counts/Cause of Action Number II (42 U.S.C. § 1985), Number III (42 U.S.C. § 1986), Number IV (Malicious Prosecution), Number V (42 U.S.C. § 1983 Municipal Violations-Monell) are discontinued with prejudice; and

**IT IS FURTHER STIPULATED AND AGREED** that all claims regarding excessive force including Count/Cause of Action I (Fourth and Fourteenth Amendments) and Count VI (Assault and Battery) remain as pleaded; and

**IT IS FURTHER STIPULATED AND AGREED** that the caption in this case should be deemed amended to reflect THE VILLAGE OF PORT CHESTER and POLICE OFFICER KEN MANNING as the only defendants.

Dated: White Plains, New York
December 8, 2020

| | |
|---|---|
| LAW OFFICES OF<br>FRANCIS X. YOUNG, PLLC<br>by: | SOKOLOFF STERN, LLP<br>by |
| _____<br>FRANCIS X. YOUNG<br>Attorneys for Plaintiff<br>One North Lexington Avenue, 7th Floor<br>White Plains, New York 10601<br>(914) 285-1500 | _____<br>BRIAN S. SOKOLOFF<br>Attorneys for Defendants<br>179 Westbury Avenue<br>Carle Place, New York 11514<br>(516) 334-4500<br>File No. 180146 |

SO ORDERED:

_____
U.S.M.J.