UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DEREK RODRIGUEZ,

               Plaintiff,                        **TRIAL ORDER**

     -against-                            19 Civ. 4728 (JCM)

VILLAGE OF PORT CHESTER, *et al.*,

               Defendants.
-------------------------------------------------------X

The following dates shall apply to the trial of this matter:

1. Joint Pre-Trial Order, including complete exhibit and witness lists, must be filed by February 26, 2021.  Please review the Court's Individual Rules of Practice for further instruction. Counsel shall pre-mark all exhibits.

2. Proposed *voir dire* must be filed by February 26, 2021.

3. Proposed jury instructions and a proposed verdict form must be filed by February 26, 2021. Each party  must submit a complete jury instruction for each claim or defense the party wishes to present to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.

4. Any motions *in limine* shall be filed by March 10, 2021.

5. Responses to motions *in limine* must be filed by March 19, 2021.

6. Final Pre-Trial Conference will be held on April 21, 2021 at 11:00 a.m. in Courtroom 421.

      The aforementioned papers shall be filed with the Clerk of the Court.  Counsel shall simultaneously provide courtesy copies to Chambers. Counsel shall also provide the Court with courtesy copies of all exhibits, as well as any deposition transcripts to be used at trial, no later than five days prior to the Final Pre-Trial Conference.

Dated:   January 25, 2021
         White Plains, New York

                                    **SO ORDERED:**

                                      _____
                                      JUDITH C. McCARTHY
                                      United States Magistrate Judge