UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DEREK RODRIGUEZ,

                Plaintiff,

      -against-

VILLAGE OF PORT CHESTER, *et al.*,

                Defendants.
--------------------------------------------------------X

**ORDER**

19 Civ. 4728 (JCM)

    Since the filing of the parties' Joint Pretrial Order, (Docket No. 35), there have been several discussions regarding the exhibits counsel intend use at trial. Therefore, by May 14, 2021, the parties are directed to submit a revised exhibit list that contains all potential exhibits along with their corresponding exhibit number or letter.

Dated:   May 13, 2021
           White Plains, New York

                                      SO ORDERED:

                                      _____
                                      JUDITH C. McCARTHY
                                      United States Magistrate Judge